B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cook, Rodney** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cook, Jennifer L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7590** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6107** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9 Lake Cornish Court<br>Algonquin, IL**<br>ZIP Code **60102-5055** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9 Lake Cornish Court<br>Algonquin, IL**<br>ZIP Code **60102-5055** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cook, Rodney**<br>**Cook, Jennifer L** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Carmine V Trombetta**          **September 30, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Carmine V Trombetta** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cook, Rodney**<br>**Cook, Jennifer L** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Rodney Cook
 Signature of Debtor **Rodney Cook**

**X** /s/ Jennifer L Cook
 Signature of Joint Debtor **Jennifer L Cook**

 Telephone Number (If not represented by attorney)

 **September 30, 2010**
 Date

### Signature of Attorney*

**X** /s/ Carmine V Trombetta
 Signature of Attorney for Debtor(s)

 **Carmine V Trombetta 6186265**
 Printed Name of Attorney for Debtor(s)

 **Carmine V Trombetta**
 Firm Name
 **11 E. Schaumburg Road**
 **2nd Floor**
 **Schaumburg, IL 60194**

 Address

 **Email: carminetrombetta@sbcglobal.net**
 **847-584-7300  Fax: 847-584-2258**
 Telephone Number

 **September 30, 2010**
 Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
 Signature of Authorized Individual

 Printed Name of Authorized Individual

 Title of Authorized Individual

 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
 Signature of Foreign Representative

 Printed Name of Foreign Representative

 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 Printed Name and title, if any, of Bankruptcy Petition Preparer

 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

 Address

**X**

 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Rodney Cook / Jennifer L Cook**                                   Case No. _____
                                                              Chapter   **7**
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

■ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Rodney Cook**
                        **Rodney Cook**

Date:    **September 30, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Rodney Cook**
      **Jennifer L Cook**                                 Case No. _____
                             Debtor(s)           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

■ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9744; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jennifer L Cook**
                       **Jennifer L Cook**

Date:   **September 30, 2010**

B6A (Official Form 6A) (12/07)

.

In re    **Rodney Cook,**    Case No. _____

    **Jennifer L Cook**

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **18N702 West Hill Road, West Dundee, IL  60118** | **Fee simple** | **J** | **180,000.00** | **315,000.00** |
| **9 Lake Cornish Court, Algonquin, IL  60102** | | **J** | **250,000.00** | **360,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | 430,000.00 | (Total of this page) |
| Total > | 430,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6E (Official Form 6E) (4/10)

.

In re  **Rodney Cook,**                                                                          Case No. _____
       **Jennifer L Cook**
                                                                                    ,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Rodney Cook,**
**Jennifer L Cook**                                                    Case No. _____

                                                                            ,
                                          Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **10 CV 1230**<br><br>**Arcitectural Iron Workers local 63**<br>**c/o Frank Marco**<br>**2 N. LaSalle Street, Ste. 1650**<br>**Chicago, IL 60602** | | J | 6/29/10 | | | | 32,132.00 | 0.00 | 32,132.00 |
| Account No. **10  C  1513**<br><br>**Iron Workers' Mid-America Pension**<br>**c/o Baum Sigman Auerbach &**<br>**Neuman,**<br>**200 W. Adams Street, Ste. 2200**<br>**Chicago, IL 60601-5231** | | J | 6/29/10 | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 32,132.00 | 32,132.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Rodney Cook,** Case No. _____
 **Jennifer L Cook**
                                                      ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **CNXXX1X2288X96X8** | | | December 2009 | | | | | | |
| **Illinois Dept. of Revenue** | | J | Collector | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal (Total of this page) | | 0.00 | 0.00 | 0.00 |
| | | | | | Total (Report on Summary of Schedules) | | 32,132.00 | 0.00 | 32,132.00 |

B6F (Official Form 6F) (12/07)

In re   **Rodney Cook,**
       **Jennifer L Cook**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1-17575.0**  **Advocate Good SHepherd** P.O. Box 70014 Chicago, IL 60673 | | J | 5-2009 **Medical** | | | | 738.39 |
| Account No. **Imaxx Metalworks, Inc.**  **Airgas North Central** 1702 Townhurst Drive Houston, TX 77043 | | J | 2010 **Trade debt** | | | | 14,336.35 |
| Account No. 34119  **Alpine Family** 350 Surryse Road Ste 100 Lake Zurich, IL 60047 | | H | 2009 **Medical** | | | | 94.00 |
| Account No. 33682  **Alpine Family** 350 Surryse Rd. Ste 100 Lake Zurich, IL 60047 | | W | 2009 **Medical** | | | | 313.23 |
| __9__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 15,481.97 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:20342-100831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rodney Cook,**
**Jennifer L Cook**
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2010-0095-0** | | | | 2010 Trade debt | | | | |
| **Brenna & Clark, Ltd. 721 E. Madison Suite 200 Villa Park, IL 60181** | | J | | | | | | 33,862.38 |
| Account No. **4339-9300-1829-8754** | | | | 2010 Credit purchases | | | | |
| **Business Card P.O. Box 15710. Wilmington, DE 19886-5710** | | J | | | | | | 28,152.00 |
| Account No. **4246-3151-4245-3628** | | | | 2010 Credit purchases | | | | |
| **Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153** | | J | | | | | | 5,677.00 |
| Account No. **4388-5400-1301-3205** | | | | 2009 Credit purchases | | | | |
| **Cardmember Service -Mariott Rewards P.O. Box 15153 Wilmington, DE 19886-5153** | | J | | | | | | 1,769.00 |
| Account No. **4246-3151-4245-3628** | | | | 2010 Credit purchases | | | | |
| **Cardmember Svc. P.O. Box 15153 Wilmington, DE 19886-5153** | | J | | | | | | 7,136.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,596.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rodney Cook,**
     **Jennifer L Cook**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **94683**<br><br>**Centegra Health Systems**<br>**13707 W. Jackson Street**<br>**Woodstock, IL 60098** | | W | **2010**<br>**Medical** | | | | **99.04** |
| Account No. **4246-3151-4245-3628**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2010**<br>**Credit purchases** | | | | **40,952.00** |
| Account No. **5122-5710-0249-2165**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2009**<br>**Credit purchases** | | | | **947.00** |
| Account No. **5122-5710-0249-2165**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2010**<br>**Credit purchases** | | | | **5,000.00** |
| Account No. **4640-1820-3674-1019**<br><br>**Chase - Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2009**<br>**Credit purchases** | | | | **1,387.00** |

Sheet no. __**2**___ of __**9**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,385.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Rodney Cook,**
    **Jennifer L Cook**

Case No. _____

_____,
             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4640-1820-3674-1019**<br><br>**Chase - Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2010**<br>**Credit purchases** | | | | 8,295.13 |
| Account No. **4388-5400-1301-3205**<br><br>**Chase Marriott**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2010**<br>**Credit purchases** | | | | 15,486.51 |
| Account No. **5183-3701-8026-4173**<br><br>**Chase-Cardmember Svc.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **2010**<br>**Credit purchases** | | | | 3,712.00 |
| Account No. **I-Maxx Metalworks Inc.**<br><br>**Chicago Abrasive**<br>**1130 S. Michigan Ave. #2815**<br>**Chicago, IL 60605** | | J | **2010**<br>**Trade debt** | | | | 807.59 |
| Account No. **5424-1806-5517-0709**<br><br>**Citi Cards**<br>**Processing Centter**<br>**Des Moines, IA 50363** | | J | **2010**<br>**Credit purchases** | | | | 21,131.00 |

Sheet no. __**3**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      49,432.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Rodney Cook,**
       **Jennifer L Cook**

Case No. _____

_____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5424-1805-6189-7080** | | | W | | **2009** **Credit purchases** | | | | |
| **Citi Cards** **Processing Center** **Des Moines, IA 50363** | | | | | | | | | 31,451.38 |
| Account No. **4122-5100-4696-2356** | | | J | | **2010** **Credit purchases** | | | | |
| **Citibusiness Card** **P.O. Box 688901** **Des Moines, IA 50368-8901** | | | | | | | | | 10,955.00 |
| Account No. **6897609091** | | | J | | **2010** **Utilities** | | | | |
| **ComEd** **P.O. Box 6111** **Carol Stream, IL 60197-6111** | | | | | | | | | 3,471.31 |
| Account No. **0942** | | | J | | **2010** **Credit purchases** | | | | |
| **Discover Card** **P.O. Box 6103** **Carol Stream, IL 60197-6103** | | | | | | | | | 14,953.00 |
| Account No. **Cook 000099** | | H | | | **2009** **Medical** | | | | |
| **Greater Elgin Emergency** **P.O. Box 5940** **Carol Stream, IL 60197** | | | | | | | | | 21.70 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,852.39

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rodney Cook,**
       **Jennifer L Cook**

Case No. _____

                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **13984671** | | | | 2009-2010 Trade debt | | | | |
| **Hilti Inc.** **5400 South 122nd East AVE.** **Tulsa, OK 74146** | J | | | | | | | 2,065.89 |
| Account No. | | | | | | | | |
| **HomeState Bank** | J | | | | | | | 0.00 |
| Account No. | | | | 2009 Medical | | | | |
| **Illinois Pain Institute** **431 Summit Street** **Elgin, IL 60120** | H | | | | | | | 203.70 |
| Account No. **Cook 000099** | | | | 4-7 2009 Medical | | | | |
| **Mathers Clinic** **6180 E. State Street** **Rockford, IL 61108** | H | | | | | | | 371.50 |
| Account No. **34686936-DT3** | | | | 2010 Utilities | | | | |
| **Nicor Gas** **P O Box 870** **Aurora, IL 60507** | J | | | | | | | 1,844.10 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,485.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rodney Cook,**
       **Jennifer L Cook**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WCX 0037309005** <br><br>**North American Specialty Inc. Co.**<br>**P.O. Box 50457**<br>**Sarasota, FL 34232** | | J | **2010**<br>**Trade debt** | | | | 30,346.00 |
| Account No. **Rodney Cook -C00155** <br><br>**Pro Dental**<br>**1150 Spring Hill Mall**<br>**Dundee, IL 60118** | | H | **2010**<br>**Medical** | | | | 168.53 |
| Account No. **DB0058282825** <br><br>**Provena Health -St. Joseph Hospital**<br>**P.O. Box 369**<br>**Barrington   60011** | | J | **2009**<br>**Medical** | | | | 33.72 |
| Account No. **A0094178540** <br><br>**Sherman Hospital**<br>**Billing Department**<br>**934 Center Street**<br>**Elgin, IL 60120-2198** | | H | **5-2009**<br>**Medical** | | | | 85.41 |
| Account No. **-5491** <br><br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459-0317** | | J | **2009**<br>**Credit purchases** | | | | 8,511.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,144.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rodney Cook,**
        **Jennifer L Cook**                                                  Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320076776986** <br><br> **The Home Depot** <br> **P.O. Box 653000** <br> **Dallas, TX 75265-3000** | | J | **2010** <br> **Credit purchases** | | | | 4,714.00 |
| Account No. **5856370690500591** <br><br> **The Room Place** <br> **P.O. Box 182273** <br> **Columbus, OH 43218-2273** | | W | **2010** <br> **Credit purchases** | | | | 2,485.67 |
| Account No. **TRI.B612887588** <br><br> **Tri County Emergency** <br> **P.O. Box 369** <br> **Barrington, IL 60011** | | H | **2009** <br> **Medical** | | | | 72.50 |
| Account No. **07 AR 824** <br><br> **United Steel Services & Erection Co** <br> **c/o Hunt, Kaiser, Aranda & subach** <br> **1035 S. York Road** <br> **Bensenville, IL 60106** | | H | **Trade debt** | | | | 33,912.82 |
| Account No. **-0380** <br><br> **UsAirways MasterCard** <br> **P.O. Box 13337** <br> **Philadelphia, PA 19101-3337** | | J | **2009** <br> **Credit purchases** | | | | 3,847.00 |

Sheet no.  **7**   of  **9**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,031.99

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rodney Cook,**
     **Jennifer L Cook**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **68511473-00001** <br><br> **Verizon** <br> **P.O. Box 25505** <br> **Lehigh Valley, PA 18002-5505** | | J | **2010** <br> **Telecommunications** | | | | **132.52** |
| Account No. **6370334677** <br><br> **Verizon Wireless** <br> **P.O. Box 660108** <br> **Dallas, TX 75266-0108** | | H | **2009** <br> **Mobile telephone** | | | | **127.49** |
| Account No. **355110826** <br><br> **W.W. Grainger, Inc.** | | J | **2009** <br> **Credit purchases** | | | | **823.92** |
| Account No. **0110307904-1** <br><br> **West Bend Mutual Ins.** <br> **1900 S. 18th Avenue** <br> **West Bend, WI 53095** | | J | **2010** <br> **Trade debt** | | | | **8,443.00** |
| Account No. **02-11437** <br><br> **Wisco** <br> **P.O. Box 88666** <br> **Chicago, IL 60680-1666** | | J | **2010** <br> **Credit purchases** | | | | **94.58** |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,621.51**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rodney Cook,**
     **Jennifer L Cook**
                                                 ,
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0414007238942<br><br>Wright Express Fleet Svcs.<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | | J | 2010<br>Credit purchases | | | | 705.80 |
| Account No. 0414007238942<br><br>Wright Express Fleet Svcs.<br>P.O. Box 6293<br>Carol Stream, IL 60197 | | J | 2010<br>Credit purchases | | | | 1,157.85 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __9___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal<br>(Total of this page) | 1,863.65 |
| | | Total<br>(Report on Summary of Schedules) | 350,895.01 |

Advocate Good SHepherd
P.O. Box 70014
Chicago, IL 60673

Airgas North Central
1702 Townhurst Drive
Houston, TX 77043

Alpine Family
350 Surryse Road Ste 100
Lake Zurich, IL 60047

Alpine Family
350 Surryse Rd. Ste 100
Lake Zurich, IL 60047

Arcitectural Iron Workers local 63
c/o Frank Marco
2 N. LaSalle Street, Ste. 1650
Chicago, IL 60602

Brenna & Clark, Ltd.
721 E. Madison Suite 200
Villa Park, IL 60181

Business Card
P.O. Box 15710.
Wilmington, DE 19886-5710

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Cardmember Service -Mariott Rewards
P.O. Box 15153
Wilmington, DE 19886-5153

Cardmember Svc.
P.O. Box 15153
Wilmington, DE 19886-5153

Centegra Health Systems
13707 W. Jackson Street
Woodstock, IL 60098

```
Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase - Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase - Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Marriott
P.O. Box 15153
Wilmington, DE 19886-5153


Chase-Cardmember Svc.
P.O. Box 15153
Wilmington, DE 19886-5153


Chicago Abrasive
1130 S. Michigan Ave. #2815
Chicago, IL 60605


Citi Cards
Processing Centter
Des Moines, IA 50363


Citi Cards
Processing Center
Des Moines, IA 50363


Citibusiness Card
P.O. Box 688901
Des Moines, IA 50368-8901
```

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Deutsche Bank, as Trustee for Morga
c/o Codilis & Associates
15W030 N. Frontage Road, Ste. 100
Burr Ridge, IL 60527


Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103


ERSolutions
800 SW 39th Street
Renton, WA 98057


Fulbright & Ass., P.C.
P.O. Box 1510
Rockford, IL 61110-0010


Goodman Law Group
700 Commerce Srive Suite 500
Oak Brook, IL 60523


Greater Elgin Emergency
P.O. Box 5940
Carol Stream, IL 60197


Hilti Inc.
5400 South 122nd East AVE.
Tulsa, OK 74146


HomeState Bank


I.C. Systems, Inc.
P.O. Box 64437
Saint Paul, MN 55164-0437


Illinois Dept. of Revenue

Illinois Pain Institute
431 Summit Street
Elgin, IL 60120


Iron Workers' Mid-America Pension
c/o Baum Sigman Auerbach & Neuman,
200 W. Adams Street, Ste. 2200
Chicago, IL 60601-5231


JP Morgan Chase Bank, as Trustee
c/o Codilis & Associates
15W030 North Frontage Road, #100
Burr Ridge, IL 60527


Mathers Clinic
6180 E. State Street
Rockford, IL 61108


NCO Financial Systems, Inc.
P.O. Box 17196
Baltimore, MD 21297


Nicor Gas
P O Box 870
Aurora, IL 60507


North American Specialty Inc. Co.
P.O. Box 50457
Sarasota, FL 34232


Pro Dental
1150 Spring Hill Mall
Dundee, IL 60118


Provena Health -St. Joseph Hospital
P.O. Box 369
Barrington 60011


Sherman Hospital
Billing Department
934 Center Street
Elgin, IL 60120-2198

Slater, Tenaglia, Fritz & Hunt
P.O. Box 8500
Philadelphia, PA 19178-2431


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


The Home Depot
P.O. Box 653000
Dallas, TX 75265-3000


The Room Place
P.O. Box 182273
Columbus, OH 43218-2273


Tri County Emergency
P.O. Box 369
Barrington, IL 60011


United Steel Services & Erection Co
c/o Hunt, Kaiser, Aranda & subach
1035 S. York Road
Bensenville, IL 60106


UsAirways MasterCard
P.O. Box 13337
Philadelphia, PA 19101-3337


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


W.W. Grainger, Inc.


West Bend Mutual Ins.
1900 S. 18th Avenue
West Bend, WI 53095

Wisco
P.O. Box 88666
Chicago, IL 60680-1666


World Financial Recovery
P.O. Box 182124
Columbus, OH 43218-2125


Wright Express Fleet Svcs.
P.O. Box 6293
Carol Stream, IL 60197-6293


Wright Express Fleet Svcs.
P.O. Box 6293
Carol Stream, IL 60197